*All counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>THE ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CASE NO. 1:13-cv-263-DCN<br><br>**PLAINTIFFS' UNOPPOSED MOTION TO REVISE SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Plaintiffs Northwest Environmental Advocates and Idaho Conservation League move this Court for a short extension to the existing schedule for summary judgment briefing on Plaintiffs' Claim Six. Plaintiffs have conferred with Defendant United States Environmental Protection Agency ("EPA") and EPA does not object to this motion.

Pursuant to the Court's June 15th Order, Plaintiffs' summary judgment brief is due this Friday, September 25, 2020. *See* Dkt. No. 77. Due to competing litigation deadlines and unanticipated litigation demands, undersigned counsel for Plaintiffs require an additional two weeks to complete their summary judgment filings. Accordingly, counsel for the Parties have conferred, and have reached agreement on a revised proposed briefing schedule.

Plaintiffs respectfully request that the Court adjust the deadlines as follows:

| FILING | EXISTING DEADLINE | PROPOSED NEW DEADLINE |
|---|---|---|
| Plaintiffs' summary judgment motion | September 25, 2020 | October 9, 2020 |
| EPA's cross-motion for summary judgment and response to Plaintiffs' motion | October 30, 2020 | November 13, 2020 |
| Plaintiffs' reply in support of their motion for summary judgment and response to EPA's cross-motion | November 13, 2020 | November 27, 2020 |
| EPA's reply in support of its cross-motion for summary judgment | December 4, 2020 | December 18, 2020 |

Attached to this motion is a proposed Order granting the motion and adopting the revised schedule.

Dated this 23rd day of September, 2020.

        Respectfully submitted,

          *s/ Allison LaPlante*
          Kevin Cassidy (*pro hac vice*) (Oregon Bar No. 025296)
          Allison LaPlante (*pro hac vice*) (Oregon Bar No. 023614)
          Earthrise Law Center
          Lewis & Clark Law School 10015 SW Terwilliger Blvd. Portland, OR  97219
          T: (781) 659-1696 (Cassidy)
          T: (503) 768-6894 (LaPlante)
          F: (503) 768-6642
          cassidy@lclark.edu
          laplante@lclark.edu

          Lauren M. Rule (Idaho Bar No. 6863)

Advocates for the West
P.O. Box 1612
Boise, ID 83701 T: (208) 342-7024 F: (208) 342-8286
lrule@advocateswest.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Allison LaPlante, hereby certify that, on September 23, 2020, I electronically filed the foregoing document in the above-captioned action with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record in this matter.

*s/Allison LaPlante*
Allison LaPlante
Counsel for Plaintiffs
