*All counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>THE ENVIRONMENTAL PROTECTION AGENCY,<br><br>Defendant. | CASE NO. 1:13-cv-263-DCN<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO REVISE SUMMARY JUDGMENT BRIEFING SCHEDULE** |

Before the Court is Plaintiffs' Unopposed Motion to Revise Summary Judgment Briefing Schedule regarding Claim Six in this case. The Court has reviewed the motion and finds good cause has been shown to grant the same.

## ORDER

NOW THEREFORE IT IS ORDERED that the Plaintiffs' motion is GRANTED. The following schedule is entered for Claim Six:

- September October 9, 2020: Plaintiffs' summary judgment motion is due;

- November 13, 2020: EPA's cross-motion for summary judgment and response to Plaintiffs' motion is due;

- November 27, 2020: Plaintiffs' reply in support of their motion for summary judgment and response to EPA's cross-motion is due; and

- December 18, 2020: EPA's reply in support of its cross-motion for summary judgment is due.

DATED this _____ day of _____, 2020.

                                                                                                      _____
                                                                                                      David C. Nye
                                                                                                      United States District Judge

*Submitted by:*
Allison LaPlante
Counsel for Plaintiffs