Kevin Cassidy (*pro hac vice*) (Oregon Bar No. 025296)
Allison LaPlante (*pro hac vice*) (Oregon Bar No. 023614)
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR  97219
T: (781) 659-1696 (Cassidy)
T: (503) 768-6894 (LaPlante)
F: (503) 768-6642
cassidy@lclark.edu
laplante@lclark.edu

Lauren M. Rule (Idaho Bar No. 6863)
Advocates for the West
P.O. Box 1612
Boise, ID  83701
T: (208) 342-7024
F: (208) 342-8286
lrule@advocateswest.org

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **NORTHWEST ENVIRONMENTAL ADVOCATES**, an Oregon non-profit corporation, **IDAHO CONSERVATION LEAGUE**, an Idaho non-profit corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>**THE NATIONAL MARINE FISHERIES SERVICE**, a division of the United States Department of Commerce, **THE UNITED STATES FISH AND WILDIFE SERVICE**, a bureau of the United States Department of the Interior, and **THE ENVIRONMENTAL PROTECTION AGENCY**,<br><br>          Defendants. | **Case No. 1:13-cv-00263-DCN**<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT** |

Pursuant to Federal Rule of Civil Procedure 56, Local Rule 7.1, and the Scheduling Order in this matter (Dkt. #77), Plaintiffs Northwest Environmental Advocates and Idaho Conservation League hereby move the Court to enter partial summary judgment in Plaintiffs' favor on Claim Six of Plaintiffs' First Amended Complaint (Dkt. #15).

Summary judgment is appropriate here, as the claim involves no genuine dispute of material fact, and Plaintiffs are entitled to judgment as a matter of law.

This Motion is supported by the accompanying: Brief in Support of Plaintiffs' Motion for Partial Summary Judgment; Plaintiffs' Separate Statement of Undisputed Facts; and the Declarations of Nina Bell, Justin Hayes, John Robison, Karen Balch, and Olin Balch.

This Motion is also supported by the pleadings and files before the Court, including the Administrative Record filed by Defendant U.S. Environmental Protection Agency (EPA).

WHEREFORE, Plaintiffs respectfully request that the Court grant this Motion for Partial Summary Judgment, find that EPA violated its mandatory duty under the Clean Water Act, and order EPA to promulgate mercury criteria for Idaho by a date certain.

Dated this 9th day of October, 2020.

Respectfully submitted,

s/ Allison LaPlante
Kevin Cassidy (*pro hac vice*) (Oregon Bar No. 025296)
Allison LaPlante (*pro hac vice*) (Oregon Bar No. 023614)
Earthrise Law Center
Lewis & Clark Law School
10101 S. Terwilliger Blvd.
Portland, OR  97219
T: (781) 659-1696 (Cassidy), cassidy@lclark.edu
T: (503) 768-6894 (LaPlante), laplante@lclark.edu
F: (503) 768-6642

Lauren M. Rule (Idaho Bar No. 6863)
Advocates for the West
P.O. Box 1612

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT                                                    2

Boise, ID  83701
T: (208) 342-7024
F: (208) 342-8286
lrule@advocateswest.org

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Allison LaPlante, hereby certify that, on October 9, 2020, I electronically filed the foregoing document in the above-captioned action with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all counsel of record in this matter.

*s/Allison LaPlante*
Allison LaPlante
Counsel for Plaintiffs
