*All counsel listed on signature page*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> THE ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | CASE NO. 1:13-cv-263-DCN <br><br> **JOINT MOTION FOR PARTIAL DISMISSAL** |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Northwest Environmental Advocates and Idaho Conservation League and Defendant the United States Environmental Protection Agency (collectively the "Parties"), move the Court to enter the [Proposed] Stipulated Order of Partial Dismissal attached hereto as Exhibit 1. This Motion is made following settlement discussions involving the parties.

As set forth in the [Proposed] Stipulated Order of Partial Dismissal, the parties respectfully request that the Court retain jurisdiction over the claims addressed in the [Proposed] Stipulated Order of Partial Dismissal only to enforce compliance with the terms of the Proposed Order. *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994).

DATED: January 19, 2021

Respectfully submitted,

*/s/ John H. Martin*
John H. Martin, Colo. Bar No. 32667
Trial Attorney
U.S. Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
999 18th St., South Terrace Suite 370
Denver, CO 80202
(303) 844-1383 (tel)
(303) 844-1350 (fax)
Email: john.h.martin@usdoj.gov

Michele L. Walter, DC Bar 487329
Trial Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
999 18th St., South Terrace Ste. 370
(303) 844-1345 (tel)
(303) 844-1350 (fax)
Michele.walter@usdoj.gov

BART M. DAVIS
United States Attorney
CHRISTINE G. ENGLAND, Cal. Bar No. 261501
Assistant United States Attorney
District of Idaho
800 East Park Blvd., Suite 600
Boise, Idaho 83712
(208) 334-1211 (o)
(208) 334-1414 (f)
Email:  Christine.England@usdoj.gov

*Attorneys for Defendants*

*/s/ Allison LaPlante (by permission)*
  Kevin Cassidy (*pro hac vice*) (Oregon Bar No. 025296)
  Allison LaPlante (*pro hac vice*) (Oregon Bar No. 023614)
  Earthrise Law Center
  Lewis & Clark Law School
  10101 S. Terwilliger Blvd.
  Portland, OR  97219
  T: (781) 659-1696 (Cassidy)
  T: (503) 768-6894 (LaPlante)

2

F: (503) 768-6642
cassidy@lclark.edu
laplante@lclark.edu

Lauren M. Rule (Idaho Bar No. 6863)
Advocates for the West
P.O. Box 1612
Boise, ID  83701
T: (208) 342-7024
F: (208) 342-8286
lrule@advocateswest.org

*Attorneys for Plaintiffs*

**Certificate of Service**

I HEREBY CERTIFY that on the 19th day of January, 2021, I filed the foregoing electronically through the CM/ECF system, which caused the following counsel for Plaintiffs to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Allison Michelle LaPlante     laplante@lclark.edu

Kevin M Cassidy     cassidy@lclark.edu

Lauren M Rule     lrule@advocateswest.org

    */s/ John H. Martin*
    Attorney for Defendant