| | |
|---|---|
| GUS MAXWELL<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>gustavus.maxwell@usdoj.gov<br>Cal. Bar No. 326800<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>(202) 514-0135<br><br>*Attorney for Defendant* | ALLISON LAPLANTE<br>KEVIN CASSIDY<br>Earthrise Law Center<br>Lewis & Clark Law School<br>10015 SW Terwilliger Blvd.<br>Portland, OR 97219<br>T: (503) 768-6894 (LaPlante)<br>T: (781) 659-1696 (Cassidy)<br>F: (503) 768-6642<br>laplante@lclark.edu<br>cassidy@lclark.edu<br>Oregon Bar No. 023614 (LaPlante)<br>Oregon Bar No. 025296 (Cassidy)<br><br>*Attorneys for Plaintiffs* |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, *et al.*,<br><br>    Plaintiffs,<br><br>        v.<br><br>THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendant. | Case No. 1:13-cv-263-DCN<br><br>**JOINT STATUS REPORT AND MOTION FOR ORDER GOVERNING FURTHER PROCEEDINGS** |

On July 19, 2021, the Court issued a memorandum decision and order granting Plaintiffs' motion for partial summary judgment in this case. Dkt. 103. Since issuing its decision, the Court has allowed the Parties time to explore the possibility of an uncontested motion on remedy. Dkt. 105, 107, 109. The Parties now file this joint status report pursuant to the Court's October 12, 2021 order at docket number 109, and also move for an order to govern further proceedings.

1

The Parties report that they have reached a conceptual agreement on a proposed remedy in this matter, subject to approval by senior officials at the Environmental Protection Agency and Department of Justice, as well as review of public comments received following publication of notice of the proposed order in the Federal Register. The Parties therefore request a six-week period to reduce their conceptual agreement to writing and initiate the administrative processes required for its approval. The Parties jointly request that the Court order them to file by January 18, 2022 a joint status report advising the Court of the Parties' efforts.

Respectfully submitted on December 7, 2021.

| | |
|---|---|
| TODD KIM<br>Assistant Attorney General<br><br>BART M. DAVIS<br>United States Attorney<br><br>*/s/ Gus Maxwell*<br>GUS MAXWELL<br>United States Department of Justice<br>Environment & Natural Resources Division<br>Environmental Defense Section<br>gustavus.maxwell@usdoj.gov<br>Cal. Bar No. 326800<br>P.O. Box 7611<br>Washington, D.C. 20044-7611<br>(202) 514-0135<br><br>CHRISTINE G. ENGLAND<br>Assistant United States Attorney<br><br>*Attorneys for Defendant* | */s/ Allison LaPlante*<br>ALLISON LAPLANTE<br>KEVIN CASSIDY<br>Earthrise Law Center<br>Lewis & Clark Law School<br>10015 SW Terwilliger Blvd.<br>Portland, OR 97219<br>T: (503) 768-6894 (LaPlante)<br>T: (781) 659-1696 (Cassidy)<br>F: (503) 768-6642<br>laplante@lclark.edu<br>cassidy@lclark.edu<br>Oregon Bar No. 023614 (LaPlante)<br>Oregon Bar No. 025296 (Cassidy)<br><br>*Attorneys for Plaintiffs* |

## CERTIFICATE OF SERVICE

I, Gus Maxwell, certify that on the 7th day of December 2021, I filed the foregoing through the CM/ECF system, which caused the parties to this matter to be served by electronic means.

*/s/ Gus Maxwell*
GUS MAXWELL

*Attorney for Defendant*