UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| NORTHWEST ENVIRONMENTAL ADVOCATES, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> THE ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendant. | Case No.: 1:13-cv-00263-DCN <br><br> **ORDER** |

Before the Court is the Parties' Joint Status Report and Motion for Order Governing Further Proceedings, Dkt. 112. The Joint Motion requests that the Court enter a deadline of May 18, 2022, by which the Parties must submit an additional joint status report advising the Court of their efforts. The Court has reviewed the motion and finds good cause has been shown to grant the same.

NOW THEREFORE, IT IS ORDERED that the Parties' Joint Motion for an Order Governing Future Proceedings (Dkt. 112) is **GRANTED**. The Parties are directed to submit an additional joint status report by **May 18, 2022**.

DATED: January 19, 2022

_____
David C. Nye
Chief U.S. District Court Judge

ORDER - 1